# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:15-CV-00462-MOC-DSC

| | |
|---|---|
| **COST MANAGEMENT PERFORMANCE GROUP, LLC,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| **SYMFACT INC.,** | ) ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Richard H. Tilghman]" (document # 7) filed November 20, 2015. For the reasons set forth therein, the Motion will be <u>granted</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr</u>.

**SO ORDERED**.

Signed: November 23, 2015

David S. Cayer
United States Magistrate Judge